1   ISMAIL J. RAMSEY (CABN 189820)
    United States Attorney
2
    MICHELLE LO (NYBN 4325163)
3   Chief, Civil Division

4   SHIWON CHOE (CABN 320041)
    Assistant United States Attorney
5
        450 Golden Gate Avenue, Box 36055
6       San Francisco, California 94102-3495
        Telephone: (415) 436-6967
7       Facsimile: (415) 436-6748
        shiwon.choe@usdoj.gov
8
    Attorneys for the United States of America
9

10              UNITED STATES DISTRICT COURT

11            NORTHERN DISTRICT OF CALIFORNIA

12              SAN FRANCISCO DIVISION

13  IN RE: REQUEST FOR JUDICIAL          )   Case No. 3:24-mc-80099
    ASSISTANCE FROM THE NATIONAL         )
14  COURT ADMINISTRATION OF THE          )
    REPUBLIC OF KOREA                    )   **DECLARATION OF SHIWON CHOE**
15                                       )
    _____)
16

17

18

19

20

21

22

23

24

25

26

27

28

DECL. OF SHIWON CHOE
No. 3:24-mc-80099

Pursuant to 28 U.S.C. § 1746, I, Shiwon Choe, declare as follows:

1. I am an Assistant United States Attorney in the Office of the United States Attorney for the Northern District of California, counsel for the United States of America.  I make this declaration upon information and belief based upon the attached exhibits and communications with personnel in the U.S. Department of Justice, to which a Letter of Request has been transmitted for execution.  I make this declaration in support of the United States' request, pursuant to 28 U.S.C. § 1782(a), for an Order appointing me Commissioner for the purpose of obtaining information from Google LLC ("Google").

2. The National Court Administration of the Republic of Korea in connection with the Seoul Western District Court of the Republic of Korea (collectively, "Korean Court") issued a Letter of Request seeking information from Google, in connection with a judicial proceeding before the Korean Court captioned *Ho-Young Jung v. Unknown Name*, Case No. 2023 kahap 32245.  The Letter of Request was transmitted to the U.S. Department of Justice, Civil Division, Office of Foreign Litigation, Office of International Judicial Assistance ("OIJA") in Washington, D.C.  The request was then transmitted to the U.S. Attorney's Office for the Northern District of California.  A true and correct copy of the Letter of Request from the Korean Court is attached hereto as Exhibit 1.

3. The specific information requested by the Korean Court is reflected in a subpoena addressed to Google, which the United States intends to serve (in substantially similar format) upon my appointment as Commissioner.  A true and correct copy of the proposed subpoena is attached hereto as Exhibit 2.

4. On February 22, 2024, I contacted Google, sent Google the Letter of Request, and asked whether Google would voluntarily produce the requested information.

5. On March 7, 2024, I spoke with Google's in-house counsel, who asked for additional information regarding the Korean Court's request and the underlying action pending before the Korean Court.

6. On April 18, 2024, I sent Google's in-house counsel additional documents that OIJA had requested and received from the Korean Court, including an English translation of the complaint in the Korean Court action, a video file of the YouTube video in question, and an English translation of a transcript of the video.  A true and correct copy of the additional documents (other than the video file)

that OIJA received from the Korean Court and that I sent to Google's in-house counsel are attached hereto as Exhibits 3 and 4.  I understand that, and informed Google that, pages 10 to 16 of Exhibit 3 are the translation of the complaint in the Korean Court action and that pages 3 to 8 of Exhibit 3 are the translation of a transcript of the video.

7.      I asked Google to respond by April 26, 2024, whether Google would voluntarily produce the requested information without the need for a subpoena.  I did not receive a response.

8.      On April 29, 2024, I contacted Google again and asked whether Google would voluntarily produce the requested information without the need for a subpoena.  I did not receive a response.

9.      To assist the Korean Court in obtaining the requested information, I respectfully request that this Court enter the proposed Order attached to the Application appointing me Commissioner.

10.      To the best of my knowledge, no previous Application for the relief sought herein has been made.

I declare under penalty of perjury that the foregoing is true and correct.  Executed this 30th day of April 2024.

_s/Shiwon Choe_____
SHIWON CHOE

EXHIBIT 1



**NATIONAL COURT ADMINISTRATION**
**REPUBLIC OF KOREA**
219 SEOCHO-DAERO, SEOCHO-GU, SEOUL, KOREA, 06590
Tel: 82-2-3480-1734, Fax: 82-2-533-2824

Jan. 10, 2024
Our Ref: **2024-F-20**

**CENTRAL AUTHORITY FOR USA**

Office of International Judicial Assistance
U.S. Department of Justice
1100 L Street, NW, Room 8102
Washington, D.C. 20005
United States of America

To whom it may concern,

The National Court Administration of the Republic of Korea presents its compliments to the U.S. Department of Justice and has the honour to transmit a request seeking assistance for taking of evidence under the *Hague Convention of 18 March 1970 on the Taking of Evidence Abroad in Civil or Commercial Matters.*

Please send all documentation concerning execution of the abovementioned request directly to the National Court Administration to the following address :

> **National Court Administration**
> **(Attn: Director of International Affairs)**
>
> **219 Seocho-Daero, Seocho-Gu,**
>
> **Seoul   06590**
>
> **REPUBLIC OF KOREA**

Yours sincerely,

KIM Eun Sil
Director of International Affairs
National Court Administration

JAN 2 9 2024

CTN 189-34-24-14

서울특별시 중구 남대문로 109,
702호 (다동, 국제빌딩)
[별지 제41호서식]

공증
인가 **법무법인 법홍**

(전화) 02-752-7301
(팩스) 02-752-7300

Registered No.　　2023 – 16581

20

# NOTARIAL CERTIFICATE



### TRIAL & SUCCESS
### LAW AND NOTARY OFFICE INC

### (Da-dong, Kukje Build)  #702
### 109 Namdaemun-ro Joong-Gu, Seoul Korea

210mm X 297mm
보존용지(1종) 70g/㎡

## REQUEST FOR INTERNATIONAL JUDICIAL ASSISTANCE PURSUANT TO THE HAGUE CONVENTION OF 18 MARCH 1970 ON THE TAKING OF EVIDENCE ABROAD IN CIVIL OR COMMERCIAL MATTERS
## 민사 또는 상사의 해외증거조사협약에 따른 요청서

N.B. Under the first paragraph of Article 4, the Letter of Request shall be in the language of the authority requested to execute it or be accompanied by a translation into that language.
However, the provisions of the second and third paragraphs may permit use of English, French or another language.
(주의사항 : 제4조 제1문에 의하여 촉탁서는 이를 집행할 수탁 당국의 언어로 작성하거나 그 언어로 된 번역문을 첨부하여야 합니다. 그러나 제2문, 제3문의 규정에 의하여 영어, 불어 그리고 다른 언어도 허용됩니다.)

In order to avoid confusion, please spell out the name of the month in each date.
(혼란을 피하기 위하여, 날짜를 쓸 때는 각 달의 이름을 쓰시기 바랍니다.)

Please fill out an original and one copy of this form.
(원본을 작성 후 사본 1부를 첨부하시기 바랍니다.)

| | |
|---|---|
| 1. Sender<br>(발송처) | **National Court Administration**<br>**(Attn: Director of International Affairs)**<br>**219 Seocho-daero, Seocho-gu, SEOUL   06590**<br>**REPUBLIC OF KOREA**<br><br>법원행정처<br>(수신인: 국제심의관)<br>대한민국 서울 서초구 서초대로 219 (06590) |
| 2. Central Authority of<br>the Requested State<br>(수탁 국가의 중앙당국) | Office of International Judicial Assistance<br>U.S. Department of Justice<br>1100 L Street, NW, Room 8102<br>Washington, D.C. 20005<br>United States of America |
| 3. Person to whom the<br>executed request is to<br>be returned<br>(집행된 요청서의 수신처) | **National Court Administration**<br>**(Attn: Director of International Affairs)**<br>**219 Seocho-daero, Seocho-gu, SEOUL   06590**<br>**REPUBLIC OF KOREA**<br><br>법원행정처<br>(수신인: 국제심의관)<br>대한민국 서울 서초구 서초대로 219 (06590) |



4. Specification of the date by which the requesting authority requires receipt of the response to the Letter of Request
(촉탁당국의 요청서에 대한 회신이 언제까지 도착하기를 바라는지 구체적인 날짜를 기재하시기 바랍니다.)

| | |
|---|---|
| Date<br>(날짜) | |
| Reason for urgency*<br>(진급을 요하는 이유) | |

* Omit if not applicable.
(필요 없을 경우에는 삭제할 것.)

**IN CONFORMITY WITH ARTICLE 3 OF THE CONVENTION,
THE UNDERSIGNED APPLICANT HAS THE HONOUR
TO SUBMIT THE FOLLOWING REQUEST:**
(협약 제3조에 따라 아래에 서명한 신청인은 다음의 촉탁서를 제출합니다.)

| | | |
|---|---|---|
| 5. a | Requesting judicial authority (Article 3,a) (촉탁 사법 당국) (제3조 1) | Seoul Western District Court 174 Mapo-daero, Mapo-gu, Seoul 04207 REPUBLIC OF KOREA<br><br>서울서부지방법원 대한민국 서울 마포구 마포대로 174 (04207) |
| b | To the competent authority of (Article 3,a) (집행할 관할 당국)(제3조 1) (모르는 경우에는 기재하지 말 것.) | (the requested State) |
| c | Names of the case and any identifying number (사건의 이름과 번호) | 2023kahap32245<br><br>2023가합32245 |

6. Names and addresses of the parties and their representatives (including representatives in the requested State*) (Article 3,b)
(당사자 및 변호인들의 이름과 주소(수탁 국가내의 변호인을 포함*)(제3조 2)

| | | |
|---|---|---|
| a | Plaintiff (원고) | Ho-Young JUNG<br><br>정호영 |
| | Representatives (변호인) | Logos LLC, Counsels for the Plaintiff - Kim Myeongseop, Tae Wonwoo and Noh Jieun |
| b | Defendant (피고) | Unknown name<br><br>성명불상 |
| | Representatives (변호인) | |
| c | Other parties (그 외) | |
| | Representatives (변호인) | |

* Omit if not applicable.
(필요 없을 경우에는 삭제할 것.)

| 7. a | Nature of the proceedings(divorce, paternity, breach of contract, product liability, etc.) (Article 3,c) (절차의 성격(이혼, 친자, 계약위반, 생산물 책임, 기타 등등)(제3조 3) | Claim for Damages<br><br>손해배상청구 |
|---|---|---|
| b | Summary of complaint (소장(청구)에 대한 요약) | The Plaintiff hereby requests this Court to make a judgment as follows:<br>1. Defendant pay to the Plaintiff KRW 100,000,000 plus 12% of interest thereon for the period from the following day of service of copy of the Plaintiff's written complaint in this case to the date of completion of full payment thereof.<br>2. Defendant delete the video clips about the Plaintiff which was uploaded at YouTube site (http://www.youtube.com) on 02/04/2023 within seven (7) days from the final judgment on the community bulletin board of the Defendant's YouTube channel (address: https://www.youtube.com/@cjgy) for thirty (30) days.<br>3. Otherwise, if the Defendant fails to execute the details as set forth in Paragraph 1 above within the period as set forth in Paragraph 2 above, the Defendant pay to the Plaintiff the money to be calculated by KRW 500,000 per day for the period from the expiration of such period to the date when the Defendant completes to execute such details as set forth in the Paragraph 1 above.<br>4. The litigation fee to be borne by the Defendant.<br>5. The details as set forth in Paragraph 1 above may be provisionally executed. |
| c | Summary of defence and counterclaim* (답변과 반소의 요약) | |
| d | Other necessary information or documents* (그 외 필요한 정보 및 문서*) | |
| 8. a | Evidence to be obtained or other judicial act to be performed(Article 3,d) (취득할 증거 또는 이행 할 그 밖의 사법적 처분)(제3조 4) | Name, telephone number, address, account number for receiving the YouTube proceeds, credit card or account number registered for payment of the subscriber of Google /YouTube who uses the YouTube Channel address of 'http://www.youtube.com/@cjgy'; uses the email address of ' innerpeaceakdmf@gmail.com'; or the Google account ID of whom is 'innerpeaceakdmf' and the name of the person under the name of whom the credit card or account is issued as of 03/21/2023 when this Plaintiff's complaint was files with the Court. |
| b | Purpose of the evidence or judicial act sought (증거 또는 사법적 처분을 요청하는 목적) | To grasp Defendant's personal information for delivery of litigation documents.<br><br>피고의 인적사항을 몰라 소송서류의 송달이 불가능한 상황이므로, 피고의 인적사항을 파악하기 위함입니다. |
| 9. | Identity and address of any person to be examined (Article 3,e)* (신문 받을 자의 신원과 주소)* (제3조 5)* | Google LLC<br>Legal Department, Custodian of Persinal Information<br>1600 Amphitheatre Parkway, Mountaion View, California, 94043, USA<br>Email : Internationalcivil@google.com |

* Omit if not applicable.
  (필요 없을 경우에는 삭제할 것.)

| 10. | Questions to be put to the persons to be examined or statement of the subject matter about which they are to be examined (Article 3,f)* (신문받을 자에게 할 질문 또는 신문이 이루어질 소송물(주된내용)에 관한 설명)(제3조 6)* | (see attached list) |
|-----|---|---|
| 11. | Documents or other property to be inspected (Article 3,g)* (증거조사가 이루어질 서류나 물건 (부동산, 동산 등)(제3조 7)* | |
| 12. | Any requirement that the evidence be given on oath or affirmation and any special form to be used (Article 3,h)* (증거가 선서 또는 서약에 의하여 제출되어야 하는 요건 및 사용될 특별한 형식)(제3조 8)* | (In the event that the evidence cannot be taken in the manner requested, specify whether it is to be taken in such manner as provided by local law for the formal taking of evidence) (신청하는 방식으로는 증거조사를 할 수 없을 시에, 현지의 방식대로라도 증거조사를 원하는지 명시하시기 바랍니다.) |
| 13. | Special methods or procedure to be followed (e.g. oral or in writing, verbatim, transcript or summary, cross-examination, etc.) (Articles 3, i)and 9)* (따라야 하는 특별한 방식 또는 절차) (예: 말로 또는 글로, 말한 그대로 글로, 글로 옮긴 기록 또는 요약, 반대신문, 기타 등등)(제3조 9, 제9조)* | (In the event that the evidence cannot be taken in the manner requested, specify whether it is to be taken in such manner as provided by local law) (신청하는 방식으로는 증거조사를 할 수 없을 시에, 현지의 방식대로라도 증거조사를 원하는지 명시하시기 바랍니다.) |
| 14. | Request for notification of the time and place for the execution of the Request and identity and address of any person to be notified (Article 7)* (촉탁서의 집행 시간과 장소를 관계 당사자 또는 대리인에게 알려 달라는 요청, 그리고 알려줘야 할 이의 신원과 주소)(제7조)* | |

* Omit if not applicable.
  (필요없을 경우에는 삭제할 것.)

| 15. | Request for attendance or participation of judicial personnel of the requestion authority at the execution of the Letter of Request (Article 8)* (촉탁서의 집행시에 촉탁 당국 법관의 출석 또는 참여 요청) (제8조)* | |
|---|---|---|
| 16. | Specification of privilege or duty to refuse to give evidence under the law of the State of origin (Article 11.b)* (촉탁국의 법에 의하여 증거제출을 거부할 특권이나 의무) (제11조 2)* | (attach copies of relevant laws or regulations) (관련된 법 또는 규정의 사본을 첨부 할 것.) |
| 17. | The fees and costs incurred which are reimbursable under the second paragraph of Article 14 or under Article 26 of the Convention will be borne by* (14조항과 26조항에 의한 요금과 비용의 상환 주체) | (identity and address) |
| | **DATE OF REQUEST** | June. 27. 2023. |

**SIGNATURE AND SEAL OF THE REQUESTING AUTHORITY**

Seoul Western District Court

Presiding Judge

Sung Ji Ho

* Omit if not applicable.
(필요없을 경우에는 삭제할 것.)

서울특별시 중구 남대문로 109,
702호 (다동, 국제빌딩)
[별지 제45호서식]

## 공증 인가 법무법인 법홍

(전화) 02-752-7301
(팩스) 02-752-7300

---

위 번역문은 원문과 상위없음을 서약
합니다.

2023년 10월 18일

서약인  윤 성 철   ⑩

I swear that the attached translation is
true to the original.

Oct. 18, 2023

Signature  *Sungchul Yoon*

---

등부  2023 년  제 16581호

# 인      증

위 윤성철------------------ 은
본 공증인의 면전에서  위  번역문이 원
문과 상위없음을 확인하고  서명날인
하였다.

----------------------------

----------------------------

2023년 10월 18일
　이 사무소에서 위 인증한다.

공증사무소 명칭
## 공증 인가 법무법인 법홍

소  속  서울중앙지방검찰청

소재지표시
서울특별시 중구 남대문로 109,
702호 (다동, 국제빌딩)

김진규

공증인 공증담당변호사

본 사무소는 인가번호 제63호에 의거하여
2020년 02월 07일 법무부 장관으로부터
공증인 업무를 행할 것을 인가 받았다.

Registered No.  2023-16581

# Notarial Certificate

Sung Chul Yoon--------- personally
appeared before me, confirmed that
the attached translation is true to the
original and subscribed his(her) name.

------------------------------

------------------------------

This is hereby attested on this
18th day of Oct. 2023 at this office.

Name of the office
**TRIAL & SUCCESS
LAW AND NOTARY OFFICE INC**

Belong to   **Seoul Central
District Prosecutor's Office**

Address of the office
**(Da-dong, Kukje Build)  #702
109 Namdaemun-ro Joong-Gu, Seoul Korea**



Signature of the Notary Public
**Kim Jin Gyu**

This office has been authorized by the
Minister of Justice, the Republic of
Korea, to act as Notary Public Since
7, Feb. 2020 Under Law No.63.

210mm X 297mm
보존용지(1종) 70g/m²

# Application for Factual Inquiry

Case     2023 KaHap 32245 Claim for damages [Court in charge: Civil Division 12]

Plaintiff     JUNG, Hoyeong

Defendant     Person the name of whom is unknown

In order to prove my argument and facts for this case, I, the Plaintiff's legal counsel, hereby apply for a factual inquiry as follows:

## Purpose of factual inquiry

Plaintiff received a court's order of correction requesting us to submit to the court an application for correction of parties stating the name and address of the Defendant and, if necessary, file an application of factual inquiry or document request. Plaintiff hereby file this application for factual inquiry.

## Name and address of authority in charge of factual inquiry

Name: Google LLC

Address: 1600 Amphitheatre Pkwy, Mountain View, CA 94043 USA

## Matters subject to factual inquiry



Name, telephone number, address, account number for receiving profit from YouTube, credit card or account registered for payment, and the name under which the credit card or account is opened of the subscriber of Google/YouTube who either uses the address of YouTube channel ('http://www.youtube.com/@cjgy/about') or email address ('innerpeaceakdmf@gmail.com'), or the Google account ID of whom is 'innerpeaceakdmf' as of the date of filing this action (03/21/2023).

## Attachment

1. Appendix

July 11, 2023

Logos LLC

Plaintiff's counsel

Tae Wonwoo

Noh Jieun

Kim Myungsub

Attorneys in charge

**To the Seoul Western District Court**



## REQUEST FOR INTERNATIONAL JUDICIAL ASSISTANCE PURSUANT TO THE HAGUE CONVENTION OF 18 MARCH 1970 ON THE TAKING OF EVIDENCE ABROAD IN CIVIL OR COMMERCIAL MATTERS
### 민사 또는 상사의 해외증거조사협약에 따른 요청서

N.B. Under the first paragraph of Article 4, the Letter of Request shall be in the language of the authority requested to execute it or be accompanied by a translation into that language.
However, the provisions of the second and third paragraphs may permit use of English, French or another language.
(주의사항 : 제4조 제1문에 의하여 촉탁서는 이를 집행할 수탁 당국의 언어로 작성하거나 그 언어로 된 번역문을 첨부하여야 합니다. 그러나 제2문, 제3문의 규정에 의하여 영어, 불어 그리고 다른 언어도 허용됩니다.)

In order to avoid confusion, please spell out the name of the month in each date.
(혼란을 피하기 위하여, 날짜를 쓸 때는 각 달의 이름을 쓰시기 바랍니다.)

Please fill out an original and one copy of this form.
(원본을 작성 후 사본 1부를 첨부하시기 바랍니다.)

| | |
|---|---|
| 1.  Sender<br>(발송처) | **National Court Administration**<br>**(Attn: Director of International Affairs)**<br>**219 Seocho-daero, Seocho-gu, SEOUL   06590**<br>**REPUBLIC OF KOREA**<br><br>법원행정처<br>(수신인: 국제심의관)<br>대한민국 서울 서초구 서초대로 219 (06590) |
| 2.  Central Authority of<br>the Requested State<br>(수탁 국가의 중앙당국) | Office of International Judicial Assistance<br>U.S. Department of Justice<br>1100 L Street, NW, Room 8102<br>Washington, D.C. 20005<br>United States of America |
| 3.  Person to whom the<br>executed request is to<br>be returned<br>(집행된 요청서의 수신처) | **National Court Administration**<br>**(Attn: Director of International Affairs)**<br>**219 Seocho-daero, Seocho-gu, SEOUL   06590**<br>**REPUBLIC OF KOREA**<br><br>법원행정처<br>(수신인: 국제심의관)<br>대한민국 서울 서초구 서초대로 219 (06590) |

4.  Specification of the date by which the requesting authority requires receipt of the response to the Letter of Request
(촉탁당국의 요청서에 대한 회신이 언제까지 도착하기를 바라는지 구체적인 날짜를 기재하시기 바랍니다.)

| | |
|---|---|
| Date<br>(날짜) | |
| Reason for urgency*<br>(긴급을 요하는 이유) | |

\* Omit if not applicable.
(필요 없는 경우에는 삭제할 것.)

**IN CONFORMITY WITH ARTICLE 3 OF THE CONVENTION,**
**THE UNDERSIGNED APPLICANT HAS THE HONOUR**
**TO SUBMIT THE FOLLOWING REQUEST:**
**(협약 제3조에 따라 아래에 서명한 신청인은 다음의 촉탁서를 제출합니다.)**

5. a  Requesting judicial
      authority (Article 3,a)
      (촉탁 사법 당국)
      (제3조 1)

> Seoul Western District Court
> 174 Mapo-daero, Mapo-gu, Seoul 04207
> REPUBLIC OF KOREA
>
> 서울서부지방법원
> 대한민국 서울 마포구 마포대로 174 (04207)

b  To the competent
   authority of (Article 3,a)
   (집행할 관할 당국)(제3조 1)
   (모르는 경우에는 기재하지
   말 것.)

> (the requested State)

c  Names of the case
   and any identifying
   number
   (사건의 이름과 번호)

> 2023kahap32245
>
> 2023가합32245

6. Names and addresses of the parties and their representatives
   (including representatives in the requested State*) (Article 3,b)
   (당사자 및 변호인들의 이름과 주소(수탁 국가내의 변호인을 포함*))(제3조 2)

a  Plaintiff
   (원고)

> Ho-Young JUNG
>
> 정호영

   Representatives
   (변호인)

> 법무법인(유한)로고스 담당변호사 김명섭,태원우,노지은

b  Defendant
   (피고)

> Unknown name
>
> 성명불상

   Representatives
   (변호인)

c  Other parties
   (그 외)

   Representatives
   (변호인)

---

\* Omit if not applicable.
(필요 없을 경우에는 삭제할 것.)

| 7. | a | Nature of the proceedings(divorce, paternity, breach of contract, product liability, etc.) (Article 3,c) (절차의 성격(이혼, 친자, 계약위반, 생산물 책임, 기타 등등)(제3조 3) | Claim for Damages<br><br>손해배상청구 |
|---|---|---|---|
| | b | Summary of complaint (소장(청구)에 대한 요약) | 1. 피고는 원고에게 100,000,000원 및 이에 대하여 이 사건 소장 부본 송달 다음날부터 다 갚는 날까지 연 12%의 비율로 계산한 돈을 지급하라.<br>2. 피고는 이 판결 확정일로부터 7일 이내에 유튜브 사이트(http://www.youtube.com)에 2023. 2. 14. 게시한 원고에 대한 동영상을 삭제하고, 피고의 유튜브 채널(주소 : https://www.youtube.com/@cjgy) 커뮤니티 게시판에 별지 기재와 같은 내용의 정정보도문 및 이 사건 판결문을 30일 간 게재하라.<br>3. 피고가 제2항 기재 기간 내에 제1항 기재 사항을 이행하지 아니할 경우 피고는 원고에게 위 기간 만료일 다음날부터 이행완료일까지 일 500,000원의 비율로 계산한 돈을 지급하라.<br>4. 소송비용은 피고의 부담으로 한다.<br>5. 제1항은 가집행할 수 있다. |
| | c | Summary of defence and counterclaim* (답변과 반소의 요약) | |
| | d | Other necessary information or documents* (그 외 필요한 정보 및 문서*) | |
| 8. | a | Evidence to be obtained or other judicial act to be performed(Article 3,d) (취득할 증거 또는 이행 할 그 밖의 사법적 처분)(제3조 4) | 2023. 3 . 21. 소 제기일 현재 유튜브 채널 주소 'http://www.youtube.com/@cjgy/about'을 사용하고 있거나, 이 메일 주소 'innerpeaceakdmf@gmail.com'을 사용하고 있거나, 구글 계정 아이디가 'innerpeaceakdmf'인 구글/유튜브 가입자의 성명, 전화번호, 주소, 유튜브 수익 수령 계좌번호, 결제를 위하여 등록된 신용카드 또는 계좌의 번호, 신용카드 또는 계좌의 명의인 성명. |
| | b | Purpose of the evidence or judicial act sought (증거 또는 사법적 처분을 요청하는 목적) | To grasp Defendant's personal information for delivery of litigation documents.<br><br>피고의 인적사항을 몰라 소송서류의 송달이 불가능한 상황이므로, 피고의 인적사항을 파악하기 위함입니다. |
| 9. | | Identity and address of any person to be examined (Article 3,e)* (신문 받을 자의 신원과 주소)* (제3조 5)* | Google LLC<br>Legal Department, Custodian of Persinal Information<br>1600 Amphitheatre Parkway, Mountaion View, California, 94043, USA<br>Email : Internationalcivil@google.com |

* Omit if not applicable.
(필요 없을 경우에는 삭제할 것.)

| 10. | Questions to be put to the persons to be examined or statement of the subject matter about which they are to be examined (Article 3,f)* (신문받을 자에게 할 질문 또는 신문이 이루어질 소송물(주된내용)에 관한 설명)(제3조 6)* | (see attached list) |
|---|---|---|
| 11. | Documents or other property to be inspected (Article 3,g)* (증거조사가 이루어질 서류나 물건 (부동산, 동산 등)(제3조 7)* | |
| 12. | Any requirement that the evidence be given on oath or affirmation and any special form to be used (Article 3,h)* (증거가 선서 또는 서약에 의하여 제출되어야 하는 요건 및 사용될 특별한 형식)(제3조 8)* | (In the event that the evidence cannot be taken in the manner requested, specify whether it is to be taken in such manner as provided by local law for the formal taking of evidence) (신청하는 방식으로는 증거조사를 할 수 없을 시에, 현지의 방식대로라도 증거조사를 원하는지 명시하시기 바랍니다.) |
| 13. | Special methods or procedure to be followed (e.g. oral or in writing, verbatim, transcript or summary, cross-examination, etc.) (Articles 3, i)and 9)* (따라야 하는 특별한 방식 또는 절차) (예: 말로 또는 글로, 말한 그대로 글로, 글로 옮긴 기록 또는 요약, 반대신문, 기타 등등)(제3조 9, 제9조)* | (In the event that the evidence cannot be taken in the manner requested, specify whether it is to be taken in such manner as provided by local law) (신청하는 방식으로는 증거조사를 할 수 없을 시에, 현지의 방식대로라도 증거조사를 원하는지 명시하시기 바랍니다.) |
| 14. | Request for notification of the time and place for the execution of the Request and identity and address of any person to be notified (Article 7)* (촉탁서의 집행 시간과 장소를 관계 당사자 또는 대리인에게 알려 달라는 요청. 그리고 알려줘야 할 이의 신원과 주소)(제7조)* | |

\* Omit if not applicable.
　(필요없을 경우에는 삭제할 것.)

| 15. | Request for attendance or participation of judicial personnel of the requestion authority at the execution of the Letter of Request (Article 8)*<br>(촉탁서의 집행시에 촉탁 당국 법관의 출석 또는 참여 요청)<br>(제8조)* | |
| 16. | Specification of privilege or duty to refuse to give evidence under the law of the State of origin (Article 11,b)*<br>(촉탁국의 법에 의하여 증거제출을 거부할 특권이나 의무)<br>(제11조 2)* | (attach copies of relevant laws or regulations)<br>(관련된 법 또는 규정의 사본을 첨부 할 것.) |
| 17. | The fees and costs incurred which are reimbursable under the second paragraph of Article 14 or under Article 26 of the Convention will be borne by*<br>(14조항과 26조항에 의한 요금과 비용의 상환 주체) | (identity and address) |
| | **DATE OF REQUEST** | June. 27. 2023. |

**SIGNATURE AND SEAL OF THE REQUESTING AUTHORITY**

Seoul Western District Court

Presiding Judge

Sung Ji Ho

---

* Omit if not applicable.
  (필요없을 경우에는 삭제할 것.)

서울특별시 중구 남대문로 109,
702호 (다동, 국제빌딩)
[별지 제41호서식]

공증
인가 **법무법인 법홍**

(전화) 02-752-7301
(팩스) 02-752-7300

Registered No.    2023 - 19701

# NOTARIAL CERTIFICATE



### TRIAL & SUCCESS
### LAW AND NOTARY OFFICE INC

### (Da-dong, Kukje Build)  #702
### 109 Namdaemun-ro Joong-Gu, Seoul Korea

210mm X 297mm
보존용지(1종) 70g/㎡

# 사실조회신청서

사       건       2023가합32245 손해배상 등 청구의 소        [담당재판부:제12민사부]

원       고       정호영

피       고       성명불상

위 사건에 관하여 원고의 소송대리인은 그 주장사실을 입증하기 위하여 다음과 같이 사실조회를 신청합니다.

## 사실조회촉탁의 목적

원고는 피고의 이름, 주소 등 인적사항을 특정한 당사자표시정정신청서를 제출하고 필요한 경우 사실조회나 문서송부촉탁 등의 신청을 하라는 내용의 보정명령을 송달받았는바, 이에 피고를 특정하기 위하여 사실조회를 신청합니다.

## 사실조회기관의 명칭 및 주소

명칭 : 구글엘엘씨

주소 : (00000)  미국 캘리포니아 마운틴뷰 엠피시어터 파크웨이 1600



## 사실조회사항

2023. 3. 21. 소 제기일 현재 유튜브 채널 주소 'http://www.youtube.com/@cjgy/about'을 사용하고 있거나, 이메일 주소 'innerpeaceakdmf@gmail.com'을 사용하고 있거나, 구글 계정 아이디가 'innerpeaceakdmf'인 구글/유튜브 가입자의 성명, 전화번호, 주소, 유튜브 수익 수령 계좌번호, 결제를 위하여 등록된 신용카드 또는 계좌의 번호, 신용카드

또는 계좌의 명의인 성명.

## 첨 부 서 류

1.   별첨

2023.07.11

원고 소송대리인

법무법인(유한) 로고스

담당변호사 태원우

노지은

김명섭

서울서부지방법원  귀중



서울특별시 중구 남대문로 109,
702호 (다동, 국제빌딩)
[별지 제45호서식]

**공증 인가 법무법인 법흥**

(전화) 02-752-7301
(팩스) 02-752-7300

---

| | |
|---|---|
| 위 번역문은 원문과 상위없음을 서약합니다. | I swear that the attached translation is true to the original. |
| 2023년 12월 12일 | Dec. 12, 2023 |
| 서약인  윤 성 철    | Signature  *Sung chul Yoon* |

---

등부  2023 년 제 19701호

# 인　　증

위 윤성철------------------ 은
본 공증인의 면전에서 위 번역문이 원
문과 상위없음을 확인하고   서명날인
하였다.
--------------------------
--------------------------

2023년 12월 12일
　이 사무소에서 위 인증한다.

공증사무소 명칭
**공증 인가 법무법인 법흥**
소 속  서울중앙지방검찰청
소재지표시
서울특별시 중구 남대문로 109,
702호 (다동, 국제빌딩)

_김진규_

공증인 공증담당변호사

본 사무소는 인가번호 제63호에 의거하여
2020년 02월 07일 법무부 장관으로부터
공증인 업무를 행할 것을 인가 받았다.

Registered No.  2023-19701

# Notarial Certificate

Sung Chul Yoon--------- personally
appeared before me, confirmed that
the attached translation is true to the
original and subscribed his(her) name.
------------------------------
------------------------------

This is hereby attested on this
12th day of Dec. 2023 at this office.

Name of the office
**TRIAL & SUCCESS**
**LAW AND NOTARY OFFICE INC**
Belong to  **Seoul Central**
　　　　　　**District Prosecutor's Office**
Address of the office
**(Da-dong, Kukje Build) #702**
**109 Namdaemun-ro Joong-Gu, Seoul Korea**

_Kim Jin Gyu_

Signature of the Notary Public
**Kim Jin Gyu**

This office has been authorized by the
Minister of Justice, the Republic of
Korea, to act as Notary Public Since
7, Feb. 2020 Under Law No.63.

210mm X 297mm
보존용지(1종) 70g/㎡

서울특별시 중구 남대문로 109,
702호 (다동, 국제빌딩)
[별지 제41호서식]

공증
인가 **법무법인 법홍**

(전화) 02-752-7301
(팩스) 02-752-7300

Registered No.    2023 - 16581

20

# NOTARIAL CERTIFICATE



### TRIAL & SUCCESS
### LAW AND NOTARY OFFICE INC

### (Da-dong, Kukje Build)  #702
### 109 Namdaemun-ro Joong-Gu, Seoul Korea

210mm X 297mm
보존용지(1종) 70g/m²

EXHIBIT 2

AO 88B  (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Northern District of California

|  | ) |  |
|---|---|---|
| In re: Request for Judicial Assistance From National Court | ) |  |
| Administration of the Republic of Korea | ) | Civil Action No. |
|  | ) |  |
|  | ) |  |
|  | ) |  |

## SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS
## OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

To:           Google LLC, 1600 Amphitheatre Parkway, Mountain View, CA 94043
_____
*(Name of person to whom this subpoena is directed)*

☑ *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material: See attached Letter of Request.

| Place: United States Attorney's Office for the Northern District of California, Attn: Shiwon Choe, 450 Golden Gate Avenue, 9th Floor, San Francisco, CA 94102-3495 | Date and Time: |
|---|---|

☐ *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|

        The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date:  _____

|  |  |
|---|---|
| *CLERK OF COURT* | OR |
| _____ | _____ |
| *Signature of Clerk or Deputy Clerk* | *Attorney's signature* |

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)* _____
United States of America _____ , who issues or requests this subpoena, are:

Shiwon Choe, 450 Golden Gate Avenue, 9th Floor, San Francisco, CA 94102, shiwon.choe@usdoj.gov, 415-436-6967

### Notice to the person who issues or requests this subpoena
If this subpoena commands the production of documents, electronically stored information, or tangible things or the inspection of premises before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

AO 88B  (Rev.  02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action (Page 2)

Civil Action No.

**PROOF OF SERVICE**

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)***

I received this subpoena for *(name of individual and title, if any)* _____

on *(date)* _____ .

❑ I served the subpoena by delivering a copy to the named person as follows: _____

_____ on *(date)* _____ ; or

❑ I returned the subpoena unexecuted because: _____

_____ .

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also
tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $        0.00        .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc.:

AO 88B  (Rev.  02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action(Page 3)

## Federal Rule of Civil Procedure 45 (c), (d), (e), and (g) (Effective 12/1/13)

**(c) Place of Compliance.**

  **(1) *For a Trial, Hearing, or Deposition.*** A subpoena may command a person to attend a trial, hearing, or deposition only as follows:
    **(A)** within 100 miles of where the person resides, is employed, or regularly transacts business in person; or
    **(B)** within the state where the person resides, is employed, or regularly transacts business in person, if the person
      **(i)** is a party or a party's officer; or
      **(ii)** is commanded to attend a trial and would not incur substantial expense.

  **(2) *For Other Discovery.*** A subpoena may command:
    **(A)** production of documents, electronically stored information, or tangible things at a place within 100 miles of where the person resides, is employed, or regularly transacts business in person; and
    **(B)** inspection of premises at the premises to be inspected.

**(d) Protecting a Person Subject to a Subpoena; Enforcement.**

  **(1) *Avoiding Undue Burden or Expense; Sanctions.*** A party or attorney responsible for issuing and serving a subpoena must take reasonable steps to avoid imposing undue burden or expense on a person subject to the subpoena. The court for the district where compliance is required must enforce this duty and impose an appropriate sanction—which may include lost earnings and reasonable attorney's fees—on a party or attorney who fails to comply.

  **(2) *Command to Produce Materials or Permit Inspection.***
    **(A)** *Appearance Not Required.* A person commanded to produce documents, electronically stored information, or tangible things, or to permit the inspection of premises, need not appear in person at the place of production or inspection unless also commanded to appear for a deposition, hearing, or trial.
    **(B)** *Objections.* A person commanded to produce documents or tangible things or to permit inspection may serve on the party or attorney designated in the subpoena a written objection to inspecting, copying, testing, or sampling any or all of the materials or to inspecting the premises—or to producing electronically stored information in the form or forms requested. The objection must be served before the earlier of the time specified for compliance or 14 days after the subpoena is served. If an objection is made, the following rules apply:
      **(i)** At any time, on notice to the commanded person, the serving party may move the court for the district where compliance is required for an order compelling production or inspection.
      **(ii)** These acts may be required only as directed in the order, and the order must protect a person who is neither a party nor a party's officer from significant expense resulting from compliance.

  **(3) *Quashing or Modifying a Subpoena.***
    **(A)** *When Required.* On timely motion, the court for the district where compliance is required must quash or modify a subpoena that:
      **(i)** fails to allow a reasonable time to comply;
      **(ii)** requires a person to comply beyond the geographical limits specified in Rule 45(c);
      **(iii)** requires disclosure of privileged or other protected matter, if no exception or waiver applies; or
      **(iv)** subjects a person to undue burden.
    **(B)** *When Permitted.* To protect a person subject to or affected by a subpoena, the court for the district where compliance is required may, on motion, quash or modify the subpoena if it requires:
      **(i)** disclosing a trade secret or other confidential research, development, or commercial information; or

      **(ii)** disclosing an unretained expert's opinion or information that does not describe specific occurrences in dispute and results from the expert's study that was not requested by a party.
    **(C)** *Specifying Conditions as an Alternative.* In the circumstances described in Rule 45(d)(3)(B), the court may, instead of quashing or modifying a subpoena, order appearance or production under specified conditions if the serving party:
      **(i)** shows a substantial need for the testimony or material that cannot be otherwise met without undue hardship; and
      **(ii)** ensures that the subpoenaed person will be reasonably compensated.

**(e) Duties in Responding to a Subpoena.**

  **(1) *Producing Documents or Electronically Stored Information.*** These procedures apply to producing documents or electronically stored information:
    **(A)** *Documents.* A person responding to a subpoena to produce documents must produce them as they are kept in the ordinary course of business or must organize and label them to correspond to the categories in the demand.
    **(B)** *Form for Producing Electronically Stored Information Not Specified.* If a subpoena does not specify a form for producing electronically stored information, the person responding must produce it in a form or forms in which it is ordinarily maintained or in a reasonably usable form or forms.
    **(C)** *Electronically Stored Information Produced in Only One Form.* The person responding need not produce the same electronically stored information in more than one form.
    **(D)** *Inaccessible Electronically Stored Information.* The person responding need not provide discovery of electronically stored information from sources that the person identifies as not reasonably accessible because of undue burden or cost. On motion to compel discovery or for a protective order, the person responding must show that the information is not reasonably accessible because of undue burden or cost. If that showing is made, the court may nonetheless order discovery from such sources if the requesting party shows good cause, considering the limitations of Rule 26(b)(2)(C). The court may specify conditions for the discovery.

  **(2) *Claiming Privilege or Protection.***
    **(A)** *Information Withheld.* A person withholding subpoenaed information under a claim that it is privileged or subject to protection as trial-preparation material must:
      **(i)** expressly make the claim; and
      **(ii)** describe the nature of the withheld documents, communications, or tangible things in a manner that, without revealing information itself privileged or protected, will enable the parties to assess the claim.
    **(B)** *Information Produced.* If information produced in response to a subpoena is subject to a claim of privilege or of protection as trial-preparation material, the person making the claim may notify any party that received the information of the claim and the basis for it. After being notified, a party must promptly return, sequester, or destroy the specified information and any copies it has; must not use or disclose the information until the claim is resolved; must take reasonable steps to retrieve the information if the party disclosed it before being notified; and may promptly present the information under seal to the court for the district where compliance is required for a determination of the claim. The person who produced the information must preserve the information until the claim is resolved.

**(g) Contempt.**
The court for the district where compliance is required—and also, after a motion is transferred, the issuing court—may hold in contempt a person who, having been served, fails without adequate excuse to obey the subpoena or an order related to it.

For access to subpoena materials, see Fed. R. Civ. P. 45(a) Committee Note (2013).

EXHIBIT 3

# Amendment

Case:        2023가합 (GAHAP) 32245 Complaint for Damages

Plaintiff:    Jeong Ho-young

Defendant:  Name unidentified

We hereby submit the Amendment pursuant to the amendment order of the Court issued on April 11, 2024.

1. One copy of the deposition translated into English

1. One copy of the Complaint for Damages translated into English

April 14, 2024

Legal representative for the Plaintiff

LOGOS LAW LLC

Attorney: Kim Myeong-seop

Noh Ji-eun

# 12th Civil Division, Seoul Western District Court



개인정보유출주의 제출자:법무법인(유한) 로고스, 제출일시:2024.04.17 16:38, 출력자:노지은, 다운로드일시:2024.04.17 16:39

Beware of personal information leakage! submitted by: LOGOS LAW LLC, submitted at 16:22, 21.03.2023, printed by: Jieun Noh, downloaded at 15:55, 11.04.2024

Case 3:24-mc-80099-LB   Document 1-2   Filed 04/30/24   Page 31 of 48

# Deposition

| | |
|---|---|
| Date of record | February 14, 2023  (the date the video was uploaded) |
| Place of record | YouTube video |
| Speaker | Cheongjeongguyeok (YouTuber, hereinafter CJGY) |
| Transcription date | March 15, 2023 |
| Transcription place | Eeumsokgi Stenography Office |

⟩ This transcript was prepared using stenography without consultation with the requested recording. Modifications without the stenographer's permission are prohibited.

※ Parts incomprehensible to the stenographer's ears are marked with **\*\*\***.

※ To improve comprehension, editing was made such as deleting filler words, dialects, or rearrangement of the word order at the discretion of the stenographer.

⟩ Date, place, speaker, and voice are distinguished according to the client's specifications, and the disposition may include errors in the transcription of nouns or proper nouns due to human ear errors.

Sang Seo, Nationally Certified Stenographer

(Certification No.: 16-G1-RT0193)



Eeum Stenography Office

(Corporate Registration Number: 857-70-00224)



갑 제 1호증

Beware of personal information leakage! submitted by: LOGOS LAW LLC, submitted at 16:22, 21.03.2023, printed by: Jieun Noh,  downloaded at 15:55, 11.04.2024

개인정보유출주의 제출자:법무법인(유한) 로고스, 제출일시:2024.04.17 16:38, 출력자:노지은, 다운로드일시:2024.04.17 16:39

# Transcript

○ CJGY : Hi, subscribers! This is CJGY. Do you know what Ripley syndrome is? This syndrome is a personality disorder involving habitual lies because the person believes in a fictional world as truth. Keep telling lies as if they were the truth is definitely a problem. But then it was revealed that Actress Lee Young-ae's husband, Jeong Ho-young, lies repeatedly like Ripley syndrome. Here are some shocking factsabout what he lied about.

CJGY.

On February 11th, Chung Junseon, the eldest son of HDC Group Chairman Chung Mong-gyu, tied the knot at the Chungdong First Methodist Church with the blessing of many celebrities.

Among the notable attendees were Asan Foundation Chairman Chung Mong-joon, Hyundai Group Chairman Hyun Jeong -eun, Hyundai Card Chairman Jeong Tae-young, and a former KBS anchor Noh Hyun-jung, who wed HN President Jeong Dae-seon in 2006, accompanied by her mother-in-law. Noh Hyun-jung with short hair still looked stunning and graceful, and her beauty was hard to miss. The guest list also included Hotel Shilla CEO Lee Boo-jin and former National Assembly member Na Kyung-won. Former national soccer players, Hwang Sun-hong, Lee Young-pyo, and Lee Cheon-soo joined in the celebration. However, stealing the spotlight was Lee Young-ae and her husband Jeong Ho-young. Lee Young -ae stunned in a dark gray long coat adorned with a vibrant floral-patterned scarf that showcased her style. Meanwhile, Jeong Ho-young wore a burgundy glasses frame and gray suit. Mr. Jeong

1

이 음 속 기 사 무 소
서울시 서초구 서초대로 59길 49 2층 12호
Tel : (02) 6338-1070 / E-mail : rum1010@daum.net



Beware of personal information leakage! submitted by: LOGOS LAW LLC, submitted at: 2024.04.17.16:38, downloaded by: Jieun Noh, downloaded at: 2024.04.17.16:39

has been connected with the Hyundai family since his youth, and he and his wife Lee Young -ae decided to attend the wedding ceremony. There's actually quite a significant age gap between the lovebirds. Can you guess how much? It might surprise you. Lee was born in 1971, while her husband, Jeong, was born in 1951, making a difference of 20 years between them. Yes, that means Jeong is 72 years old.

. However, just by looking at him, you wouldn't guess his age at all. He appears too young to even think he could deceive his age if he wanted to. But here's an interesting twist: Did you know that he once lied about his age? Let's delve into this intriguing secret.

Who is Lee Young-ae's Husband? （Display caption）

Jeong graduated from the Illinois Institute of Technology and began his career at an American IT company. He later joined Hyundai Group's General Planning Department as the leader of the New Business Team before starting his own business, K-One Electronics which eventually evolved into Raycom, in 1987. He took on the role of CEO at Raycom Korea and Bell Telecommunications Korea, where he demonstrated his strong business acumen. Mr. Jeong's ventures extended into the military and weapons development and manufacturing industry, focusing on specialized electronic communication equipment and wireless phones. Some have given him the moniker of the "arms dealer." Rumors suggest that Mr. Jeong's business acumen has led to him amassing assets worth 2 trillion won. He's also

known for establishing a welfare foundation on a 33,000 $m^2$ site with 20 billion won. Their residence in Yangpyeong, where the couple lives with their twin children, is equally impressive, spanning an expansive 363$m^2$. But Jeong's prominence became widely recognized before his marriage to Lee, following an incident in his past.

이 음 속 기 사 무 소

서울시 서초구 서초대로 59길 49 2층 12호

Tel : (02) 6338-1070 / E-mail : fdm1010@daum.net



Beware of personal information leakage! submitted by: LOGOS LAW LLC, submitted at 16:22, 21.03.2023, printed by: Jieun Noh, downloaded at 16:24, 2024.

Shim Eun-ha's Fiancé? (Display caption)

It was through actress Shim Eun-ha that many people first came to know now-Lee's husband, Jeong. Jeong and Shim got engaged in September 2001. Let's rewind to when Shim and Jeong first crossed paths. They met in 1999, a year that Shim was filming the movie 'Tell Me Something' at a gathering arranged by a mutual acquaintance, Shim was introduced to Jeong, who was present. She was told that he was  Jeong Tae-young, 36 years old. She believed as introduced since the gathering was nothing about setting up. You may find it strange that the name provided is not JeongHo-young, but Jeong Tae-young. Considering he's now 72, if we rewind 24 years, he would have been 48, not 36. This inconsistency raises suspicions, but Shim immediately had an affection for Jeong, who exuded composure and reliability. Their relationship progressed from there, but about three months into dating, Shim was shocked by a revelation from someone in the movie industry. It turned out that theman she knew as Jeong Ho-young was actually 48 years old, not 36, and his name was Jeong Ho-young, not Jeong Tae-young. Upon hearing the story, Shim wasted notime confronting Jeong about the situation. His response left her mind blown. Jeong disclosed that his U.S. permanent resident card listed his birth year as 1963, not 1951, nonchalantly asking, "What's the issue?" Yet, the bombshells kept coming. He revealed another shocking truth: he was divorced. Shim felt as though a hammer hadstruck her upon learning this revelation. Despite the shock and confusion, Shim was already deeply in love with him and took it as her fate. They embarked on a journey to the United States together to meet Jeong Ho-young's child from his previous

marriage. They carefully prepared for their wedding, going through each step.

이 음 속 기 사 무 소

서울시 서초구 서초대로 50길 19 2층 12호

Tel : (02) 6338-1070 / E-mail : rim1010@daum.net



개인정보유출주의 제출자:법무법인(유한) 로고스, 제출일시:2024.04.17.16:38, 출력자:노지은, 다운로드일시:2024.04.17 16:39
Beware of personal information leakage: submitted by: LOGOS LAW LLC, submitted at 10:52, 21.03.2023, printed by: Jieun Noh, downloaded at 16:44:2024

This process attracted considerable media attention, with Shim Eun-ha's love becoming a hot topic in Korea. As entertainment reporters dug deeper

into Jeong's background, his age and marital status sparked controversy. As the situation intensified, Shim's parents felt compelled to investigate this mysterious figure. Upon reviewing the family register, they discovered that Jeong's birth year was listed as 1954, contradicting the previously known year of 1951. What's more startling was the revelation that he was not legally divorced when he started dating Shim. So, a married man dated Shim? When confronted by Shim's mother, Jeong claimed, "The marriage is registered in both the United States and Korea." He asserted, "The divorce proceedings have already been finalized in the United States." However, the notion of dating someone in Korea without a finalized divorce is absurd, despite the divorce being official in the United States. Nonetheless, Jeong didofficially divorce his ex-wife in June 2000. Yet, an even more shocking revelation surfaced, deeply troubling Shim's mother. When Jeong urged Shim to marry him, he gifted her a house valued at 700 million won. However, it later came to light that the house had a mortgage exceeding 500 million won.

Does anyone gift a house of significant debt? Amidst numerous bewildering situations, Shim ultimately scheduled her wedding date but made the courageous choice to call off the engagement. However, Jeong, a man plagued by suspicions from start to finish, wasn't merely a fraudster; he was revealed to be a troubled individual who had engaged in criminal activities.

Alleged accusation (Display caption)

Mr. Jeong faced allegations of providing a total of 130 million won in money and valuables to the Acquisition Policy Director of the Ministry of National Defense on 23 occasions between 1998 and 2022 while managing a weapons-related company.

4



개인정보유출주의 제출자:법무법인(유한) 로고스, 제출일시:2024.04.17 16:38, 출력자:노지은, 다운로드일시:2024.04.17 16:39 Noh, downloaded at 법무법인(유한) 로고스 submitted by: LOGOS LAW LLC, submitted at 18:22, 21.03.2023, printed by: Jieun

Additionally, he was arrested in 2003 on charges of violating the Aggravated the Act on Aggravated Punishment of Specific Crimes by allegedly offering tens of millions of won in bribes to the National Assembly Defense Chairman. These incidents exposed his involvement in bribery and corruption in his business dealings. Furthermore, in 2014, a company paid a 300 million won advance after Lee Young-ae agreed to model for their products. However, her appearance was canceled later on.

It would have been appropriate to refund the advance payment. Mr. Jeong was accused of failing to do so. Super rich with assets worth 2 trillion won refused to refund the 300 million won? Such behavior is considered excessively stingy. And that's not all. The Seoul High School Alumni Association reported Jeong to the police for suspected fraud. They accused him of posing as a Seoul High School graduate and deceiving other alumni. They called for a thorough investigation into his fraudulent behavior. With each new revelation about Mr. Jeong Ho-young, the stories become more unbelievable. This leads to the question: How did he meet Young -ae and live happily ever after?

Despite all these… （Display caption）

Jeong found himself entangled in a scandal with actress Ha Yu-mi prior to Shim's involvement. He has consistently been at the center of controversies within the entertainment industry, which garnered him attention among insiders. People who crossed paths with him often described him as having a charming and generous demeanor. It's plausible that Shim fell for him at first sight and even contemplated marriage, while Lee eventually tied the knot after a prolonged courtship. In an interview, Jeong recounted enduring poverty during his youth, which led to age discrepancies in his family register and educational background. He purportedly dropped out of high school and later took qualification exams. His challenging

이 음 속 기 사 무 소

서울시 서초구 서초대로 50길 49 2층 12호

Tel : (02) 6338-1070 / E-mail : fum1010@daum.net



개인정보유출주의 제출자:법무법인(유한) 로고스, 제출일시:2024.04.17 16:38, 출력자:노지은, 다운로드일시:2024.04.17 16:39
Beware of personal information leakage! submitted by: LOGOS LAW LLC, submitted at 16:22, 21.03.2023, printed by: Jieun Noh, downloaded at 16:22, 21.03.2023

upbringing seems to have contributed to discrepancies in his family and educational records. Anyway, isn't he married to Korea's top Hallyu star, Lee Young-ae? On the other hand, it's quite an achievement in itself. That's all for today, but undoubtedly,the most appealing aspect is one's financial power. It's been CJGY. That's all for today.


（The End ）

개인정보유출주의 제출자:법무법인(유한) 로고스, 제출일시:2024.04.17 16:38, 출력자:노지은, 다운로드일시:2024.04.17 16:39

# 이 음 속 기 사 무 소

서울시 서초구 서래로 59길 9 2층 12호
Tel : (02) 6338-1070 / E-mail : ium1010@daum.net





Beware of personal information leakage! submitted by: LOGOS LAW LLC, submitted at 16:22, 21.03.2023, printed by:Jieun Noh, downloaded at 15:56, 11.04.2024

# Accusation

| | |
|---|---|
| Plaintiff | Jeong Ho-young |
| | 30-39, Itaewon-ro 15-gil, Yongsan-gu, Seoul,Republic of Korea |

Litigation Representatives

LOGOS LAW LLC

3F, 94, Banpo-daero, Seocho-gu, Seoul, Republic of Korea

Attorneys: Kim Myeong-seop, Tae Won-woo, Noh Ji-eun

Phone: 02-6203-1114, Mobile: 010-4905-****

FAX: 02-6203-1115, E-mail: elawlogos12@lawlogos.com

Defendant

☐ Name unidentified, address unknown

Complaint for damages

## Purpose of claim

1. The Defendant shall repay the Plaintiff the sum of 100,000,000 won. This repayment shall commence from the day following the delivery of the copy of this complaint with an interest rate of 12% per annum until the full amount is repaid.

2. The Defendant is instructed to delete the video about the Plaintiff, originally posted on the YouTube site http://www.youtube.com on February 14, 2023, within 7 days from the date of confirmation of this judgment. Furthermore, the Defendant shall upload the said video to their YouTube channel (https://www.youtube.com/@cjgy) and post a correction notice and the ruling in this case on the community bulletin board for a duration of 30 days.

3. Should the Defendant fail to comply with the provisions outlined in paragraph 1 within the specified

timeframe as per paragraph 2, the Defendant will incur a penalty. This penalty shall amount to 500,000

won per day, calculated from the day following the expiration date until full compliance is achieved.

4. The Defendant is hereby held responsible for bearing all litigation costs associated with this matter.

5. Paragraph 1 of this ruling may be provisionally executed.

I respectfully request the court to rule in accordance with the provisions outlined above.

1

개인정보유출주의! 제출자:법무법인(유한) 로고스, 제출일시:2024.04.17 16:38, 출력자:노지은, 다운로드일시:2024.04.17 16:39
15:56, 11.04.2024

Beware of personal information leakage! submitted by: LOGOS LAW LLC, submitted at 16:22, 21.03.2023, printed by: JieunNoh, downloaded at 15:56, 11.04.2024

# Cause of Claim

## 1. Occurrence of Liability for Damages

### A. Status of the Defendant and Posting of the Video

The Defendant, operating under the pseudonym 'CJGY' on the YouTubeplatform, is an unidentified individual.

They are responsible for the publication of a video (hereinafter, 'this video') titled "Lee Young-ae's 72-year-old husband 's shocking facts! Bad relationship with Shim Eun-ha in the past?" on February 14, 2023.



Lee Young-ae's 72-year-old husband's shocking facts! Bad relationship with

Shim Eun-ha in the past?

140,000 views,

3 weeks ago

※ CJGY©

The surprising and current state of Lee Young-ae's 72-year-old husband is revealed. #Lee Young-ae #Lee Young-ae's husband #Sim Eun-ha #Lee Young-ae Jung Ho-young #Lee Young-ae twins #Lee Young-ae divorce...

⟨Photo 1⟩ Thumbnail, title, and description of this video

In this video, the Defendant explicitly stated, "It has been revealed thatactress Lee Young-ae's husband, Jeong Ho-young, has repeatedly told lies as if they were true, just like Ripley

2

개인정보유출주의 제출자:법무법인(유한) 로고스 제출일시:2024.04.17 16:38 출력자:노지은 다운로드일시:2024.04.17 16:39
15:56, 11.04.2024                                                                                                    Beware of personal information leakage! submitted by: LOGOS LAW LLC, submitted at 16:22, 21.03.2023, printed by: JieunNoh, downloaded at
15:56, 11.04.2024

Syndrome," and proceeded to accuse the Plaintiff of lying on multiple occasions. False information was openly disseminated as factual.

## B. Disclosure of False Information

In this video, the Defendant makes several false statements regarding thePlaintiff, including ① 'Helies repeatedly like a Ripley syndrome patient', ② 'Their residence in Yangpyeong, where the couple lives with their twin children, is equallyimpressive, spanning an expansive 363m², ③ 'He and Shim Eun-ha, his former fiancée embarked on a journey tothe United States together to meet Jeong Ho-young 's child from his previousmarriage', ④ 'When Jeong urged Shim to marry him, he gifted her a house valuedat 700 million won. However, it later came to light that the house had amortgage exceeding 500 million won. He gave Shim a house of significant debt', ⑤ 'He was arrested in 2003 on charges of violating the Act on theAggravated Punishment of Specific Crimes by allegedly offering tens of millionsof won in bribes to the Chairman of National Assembly Defense Committee. These incidentsexposed his involvement in bribery and corruption in his business dealings', ⑥ 'Acompany paid 300 million won in advance after Lee Young-ae agreed to modelfor their products. However, her appearance was canceled later on. Mr. Jeongwas accused of failing to refund the advance payment', ⑦ 'The Seoul High School Alumni Associationreported Jeong to the police for suspected fraud. They accused him of posing as a Seoul High School graduate and deceiving other alumni. They called for a thorough investigation into his fraudulent behavior', ⑧ 'Jeong found himself entangled in a scandal with actress Ha Yu-mi', ⑨ 'He purportedly dropped out ofhigh school and later took qualification exams'.

개인정보유출주의 제출자:법무법인(유한) 로고스, 제출일시:2024.04.17 16:38, 출력자:노지은, 다운로드일시:2024.04.17 16:39
Beware of personal information leakage! submitted by: LOGOS LAW LLC, submitted at 16:22, 21.03.2025, printed by: JieunNoh, downloaded at 15:56, 11.04.2024

The above is not a value judgment or evaluation of the Defendant, but <u>specific facts</u> concerning facts in the past that can be proven with objective evidence. While some facts, such as the Plaintiff 's gift of real estate to Shim Eun-ha or involvement in business are true, <u>the majority of the other statements are objectively false and lack any basis whatsoever.</u> The Defendant distorted these false facts as if they were true, creating a misleading narrative in the posted video.

C. Purpose of Defamation

The Defendant 's YouTube channel, which has been operational since December 11, 2018, has posted a total of 882 videos. The majority of these videos consist of content that introduces <u>the private lives of celebrities with provocative thumbnails.</u>

This video is one of these kinds. Since the Defendant posted this video with the purpose of increasing the number of views and making a profit by posting false information in light of the Plaintiff, who is a celebrity, it can be said that the purpose of defamation of the Plaintiff is fully recognized.

D. Defamation of the Plaintiff

Under civil law, defamation refers to acts that violate society's objective assessment of an individual's personal values, encompassing character, virtue, reputation, and credit (Refer to Supreme Court Decision 99DA 6203, July 28, 2000).

4

Beware of personal information leakage! submitted by: LOGOS LAW LLC, submitted at 16:22, 21.03.2023, printed by: JieunNoh, downloaded at 15:56, 11.04.2024

The spread of untrue details concerning the Plaintiff, including allegations of frequent lying due to Ripley Syndrome, the purported donation of real estate burdened with debt to the Plaintiff's fiancée, false claims of the Plaintiff posing as a graduate of Seoul High School, and accusations of bribery resulting in arrest linked to the chairman of the National Assembly Defense Committee, **inherently undermines the Plaintiff's reputation and character.**

2.  Scope of Compensation and Measures to Restore Reputation

The Plaintiff 's reputation  has sustained  considerable harm, coupled with substantial psychological anguish, as a direct consequence of the Defendant's video. It  is  imperative for  the Defendant to offer financial restitution to the Plaintiff for the mental distress inflicted.

At the time of initiating this case, the Defendant's YouTube channel boasted a subscriber count of  784,000, with this video relevant to this case garnering 149, 682 views. Additionally, approximately 129 comments were posted on this video, with many expressing sentiments such as "It appears that half of their lives are bogus" and "He is a total con man." Furthermore, a substantial number of commenters embraced this video's content as genuine. In light of the widespreaddissemination of erroneous information concerning the Plaintiff and its widespread acceptance as factual by numerous individuals, the Plaintiff seeks compensation in the amount of 100,000,000 won from the Defendant.

Under the Article 764 of the Civil Act, the court holds the authority, upon the  request of the  victim, to  prescribe suitable   measures for reputation restoration, either instead of or in addition to compensatory damages. The Plaintiff petitions the court to issue an order mandating  the  removal  of this video and, simultaneously, compelling  theDefendant to publish an information correction statement listed on the  separate sheet attached to this accusation, on their YouTube channel.

개인정보유출주의 제출자:법무법인(유한) 로고스, 제출일시:2024.04.17 16:38, 출력자:노지은, 다운로드일시:2024.04.17 16:39
Beware of personal information leakage! submitted by: LOGOS LAW LLC, submitted at 16:22, 21.03.2023, printed by: JieunNoh, downloaded at
15:56, 11.04.2024

3.  Conclusion


The Plaintiff, a prominent businessman, is married to a renowned actress, thus naturally attracting public attention. However, it is crucial to emphasize that the Plaintiff is not compelled to tolerate the unlawful dissemination of false information aimed solely at defaming him, rather than raising genuine concerns or providing constructive criticism. Conversely, the Defendant capitalized on thePlaintiff's celebrity status for personal gain, causing considerable psychological harm in the process. Consequently, it is asserted that the Defendant holds a responsibility to compensate the Plaintiff for the mental anguish endured.

개인정보유출주의 제출자:법무법인(유한) 로고스 제출일시:2024.04.17 16:38 출력자:노지은 다운로드일시:2024.04.17 16:39
Beware of personal information leakage! submitted by: LOGOS LAW LLC, submitted at 16:22, 21.03.2023, printed by: JieunNoh, downloaded at 15:56, 11.04.2024

# Means    of  Proof

1. A-1                              Disposition


# Attachment

1.      Warrant of attorney

2.      Appointment of lawyer

2023.03.21

Plaintiff's legal representative

LOGOS LAW LLC

Attorneys: Kim Myeong-seop,Tae
Won-woo, and Noh Ji-eun

Seoul Western District Court

EXHIBIT 4

# Amendment

Case:        2023가합 (GAHAP) 32245 Complaint for Damages

Plaintiff:    Jeong Ho-young

Defendant:  Name unidentified

In regard to the above case, hereby the video in documentary evidence and the appendix in attachment are submitted as supplements.

1. One copy of the video for this amendment
2. [Appendix]

April 17, 2024

Legal representative for the Plaintiff

**LOGOS LAW LLC**

Attorney: Kim Myeong-seop

Noh Ji-eun

# 12ᵗʰ Civil Division, Seoul Western District Court



[Appendix]

# Corrections of Errors

Title: Corrections of Errors Regarding Jeong Ho-young

This channel posted a YouTube video alleging the private life and criminal involvement of Jeong Ho-young on February 14, 2023, titled "Lee Young-ae's 72-year-old husband's shocking facts! Bad relationship with Shim Eun-ha in the past?" Among the contents mentioned in the video, Jeong Ho-young's repeated lies, his relationship with Shim Eun-ha, bribery, accusations and charges of embezzlement and fraud, scandals with an actress, high school qualification exams, etc. are included.

But the aforementioned contents are all untrue. The YouTube Channel "CJGY" has received a court order requiring us to compensate Jeong Ho-young for damages and issue a correction statement as a result of the lawsuit filed by Jeong Ho-young (add the date of the court order) against disseminating such false information.

This correction statement follows the judgment of the court.