1  ISMAIL J. RAMSEY (CABN 189820)
   United States Attorney
2
   MICHELLE LO (NYBN 4325163)
3  Chief, Civil Division

4  SHIWON CHOE (CABN 320041)
   Assistant United States Attorney
5
        450 Golden Gate Avenue, Box 36055
6       San Francisco, California 94102-3495
        Telephone: (415) 436-6967
7       Facsimile: (415) 436-6748
        shiwon.choe@usdoj.gov
8
   Attorneys for the United States of America
9

10                       UNITED STATES DISTRICT COURT

11                      NORTHERN DISTRICT OF CALIFORNIA

12                            SAN FRANCISCO DIVISION

13 | IN RE: REQUEST FOR JUDICIAL              ) Case No. 3:24-mc-80099
     ASSISTANCE FROM THE NATIONAL             )
14   COURT ADMINISTRATION OF THE              )
     REPUBLIC OF KOREA                        ) [PROPOSED] EX PARTE ORDER PURSUANT
15                                            ) TO 28 U.S.C. § 1782(a)
                                              )
16                                            )

[PROPOSED] EX PARTE ORDER PURSUANT TO 28 U.S.C. § 1782
No. 3:24-mc-80099

1  Pending before the Court is an application submitted by the United States for an order of the
2  Court pursuant to 28 U.S.C. § 1782.  The United States requests that the Court appoint Assistant United
3  States Attorney ("AUSA") David DeVito as Commissioner and authorize AUSA DeVito to obtain
4  information from Google LLC, a company located within the jurisdiction of this Court, in conformity
5  with the Letter of Request from the National Court Administration of the Republic of Korea issued in
6  connection with a judicial proceeding before the Seoul Western District Court of the Republic of Korea
7  captioned *Ho-Young Jung v. Unknown Name*, Case No. 2023 kahap 32245.

8  The Court has reviewed the request, the application, and the memorandum of law in support, and
9  is informed of the grounds upon which the request and application are based.

10  Pursuant to its power under 28 U.S.C. § 1782, the Court hereby ORDERS that AUSA DeVito is
11  appointed as Commissioner and that AUSA DeVito is authorized to issue subpoenas to obtain the
12  information in compliance with the Letter of Request and to take all steps reasonably necessary for the
13  accomplishment of the request.

14  IT IS SO ORDERED.

16  DATED:  ___September 16, 2024

_____
United States ~~District~~/Magistrate Judge